IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-03108-RPM

SPECIALIZED LOAN SERVICING LLC,

    Plaintiff,

v.

INSURELUTIONS, INC.,
d/b/a THE IL GROUP,

    Defendant.

___

## ORDER DISMISSING CASE WITH PREJUDICE
___

The Court, having reviewed the parties. stipulation for dismissal with prejudice filed under Fed. R. Civ. P. 41 (a), and the file, and being fully advised in the matter, hereby accepts the stipulation. Accordingly, this matter is HEREBY DISMISSED WITH PREJUDICE, with each party to bear its own costs, attorneys. fees, and expert witness fees.

DATED this 4th day of May, 2012.

    BY THE COURT:

    s/Richard P. Matsch
    _____
    Richard P. Matsch, Senior District Judge